■ FRANCIS J. GASPARINI et al., Appellants, v DOMENICO SINCERO et al., Respondents.—In an action, *inter alia,* to declare that the maintenance of a private tennis court violates a certain zoning ordinance, plaintiffs appeal from an order of the Supreme Court, Westchester County, dated December 10, 1975, which, *inter alia,* granted an application to convert the action into a proceeding pursuant to CPLR article 78. Order affirmed, with $50 costs and disbursements to respondents Sincero. The order under review properly

converted the matter to its proper form pursuant to CPLR 103 (subd [c]). Hopkins, Acting P. J., Martuscello, Latham and Damiani, JJ., concur.